US Court D.N.H.

Grace Woodham, plaintiff      vs        Janet Woodham
281 N State Concord 03302              Robert Woodham
                                        Trevor Garner
                                        Ethnee Garner
                                        Richard Davidson
                                        Chris B _____
federal question, diversity jurisdiction   John Does 1-3        § 1983 suit
                                        John Does 4-5
                                        Jamaica 1-2       Jury trial requested

This is a complaint borne out of despair that the NH Judicial Branch will ever seriously address my multiple filings seeking injunctive relief & damages against the defendants for repeatedly trespassing in my residence, stealing from me, interfering with economic relations, slander, etc. Law enforcement failed me long ago.

In addition to claims for trover, conversion, trespass to chattels, I'm also seeking damages for conspiracy for these common law torts, and probably also a RICO claim, as far as that gets me.

Diversity jurisdiction is proper as defendants live in Texas, Jamaica, Maine, and who knows where else. If I do get a state court judgment I'll probably need to seek assignment here anyhow. Levy? I'm not a real lawyer.

All of these are continuing torts, in the case of conversion, interference with economic relations, NI & IIED occurring for many years into the past.

Background: After my ex-fiancé's psycho roommate got me arrested, my parents trespassed onto my residence repeatedly, destroyed things, or gave them to their friends, the co-defendants, to destroy, or steal, or use, all without my permission. It's my understanding that about 10 different people were living in my house at one point. My parents apparently knew about this & declined to tell me. Perhaps the damage wouldn't have been as extensive had they not insisted in meddling in my legal defense, despite understanding nothing about criminal law. even after I (unwillingly) explained the details of my case repeatedly over a recorded line for their benefit. My mom is addicted to "cleaning up after me" which is a euphemism for arbitrarily destroying my property without my permission. She continues to do so even after I've clearly & repeatedly asked them to stop.

Motion for TRO - restraining order / prelim. injunction: I want my parents to go away, leave me alone, not contact me, do not contact my friends, attorneys or anyone else associated with me, do not contact me or harass me with private investigators (they have a long history of doing this with my brother), do not trespass in my residence, do not trespass upon my chattel, return my property which they have stolen, including passports, live checks, legal documents, books & clothing. My mother, who stole my checks, claims she can't find them: if this is true she needs to renew them, and send me the renewed checks. They need to take down the spycams on my residence & send me an affidavit that whatever 3rd party contractor has done so (either from the police or the contractor).

I'm also seeking damages for anything I've had to repair or replace prior to when the court sees fit to hold a hearing on the matter. Since law enforcement extensively documented my residence with photographs & descriptions prior to my parents' involvement, it's easy to demonstrate their culpability.

All defendants are liable for compensatory & enhanced comp (punitive) damages, jointly & severally.

Mailed to US Court - D.N.H. by me Grace Woodham, plaintiff in proper. 4/23/23. Concord NH

Grace Woodm[an]
SPU 157265
281 N State
Concord NH 03302



US Postage
$000.84
ZIP 03301
APR 26 2023

US Court - DNH
55 Pleasant St
Concord NH 03301

"Mailed from the NH State Prison. Contents have not been evaluated. Not Responsible for content/substance."