US District Court - Dist N.H.

FILED - USDC -NH
2023 MAY 9 AM 10:24

Woodham v. Woodham
1:23-cv-00244

## Some clarification on Defendants

Ethnee & Trevor Garner; (spouses) Conway, NH;
Jamaica 1; Jamaica 2; (two citizens of Jamaica);

### *NEW* Defendants

John Does 6-10 of NE Auto of N? Conway NH
Including the corporation NE Auto of N? Conway NH

### *NEW* Complaint

NE Auto, & its employees, John Does 6-10, conspired with Robert, Janet Woodham, and Ethnee, Trevor Garner in some fashion to convert $1000s of dollars of my belongings, specifically pharmaceutical medications which I require for my immunodeficiency disorder. Specifically, my parents the Woodhams, gave my car, filled with my belongings, to the Garners, who along with the employees of NE Auto, & NE Auto, stole or destroyed them.

I specifically indicated to Robert Woodham, who had actual knowledge that I did not want them to do this thing, that I did not consent to any of this, and demanded fruitlessly that he refrain from interfering from my belongings.

At no point were the other defendants under the belief that I'd authorized anyone to dispose of my things. In fact the Garners ignored my phonecalls & writs demanding to have my things returned — so much as possible — which at that point would have been little more than my empty, but very driveable car.

The story gets worse, but at this point I've staked out a actionable claim for trespass against chattel, conversion, conspiracy to do trespass/conversion, as well as a colorable claim under the Hobbs Act 24 USC § 1951 ?+ Civil RICO § 1962.

Defendants are sued for nominal, compensatory, enhanced compensatory & punitive damages as allowed under law.

Motion for Court's leave to amend to a claim which is Iqbal-compliant because I'm a petitioner, not a prisoner, & have paid a partial filing fee, preliminary review need not apply. The goal is to submit something credible with the help of a word processor program.

Motion to Merge state claims (into this one).

I sought action & relief in Carroll County Superior Court Woodham v. Woodham 212-2021-cv-99, which the NH Judicial Branch in its wisdom has chosen to shelve indefinitely, thus resolving any questions of comity.

To be clear it's not dismissed rather the judge hasn't ruled & the clerk won't talk to me.

Mailed 5/3/23 to US Court-NH by Mr. Grace Woodham, plaintiff in propria, Concord, NH

Grace Woodhuy
281 N State
Concord NH 03302

Clerk of Court
US Court - D NH
55 Pleasant St
Concord NH 03302

US POSTAGE
ZIP 03301
02 1W
0001403591 MAY 08 2023
$ 000.84

*"Mailed from the NH State Prison. Contents have not been evaluated. Not Responsible for content/substance."*