**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**


Grace Woodham

     v.                                                      Case No. 23-CV-244-JL

Woodham et al

**O R D E R**


    Plaintiff, an inmate at the New Hampshire State Prison for Men ("Institution"), has filed a motion to proceed without prepaying fees or costs in the above-captioned case, which is accompanied by a certificate signed by an authorized individual from the Institution.  The certificate establishes that for the six-month period preceding the filing, the plaintiff's average monthly deposits have been $21.92 and her average monthly balance has been $617.06.  Plaintiff has also submitted a signed consent form indicating consent to permit inmate accounts to make court-ordered payments on her behalf.

    The motion to proceed without prepayment of fees is GRANTED and an initial filing fee is assessed in the amount of $123.41 pursuant to 28 U.S.C. § 1915(b)(1) and LR 4.2(c)(2)(A).  In addition, monthly payments of 20% of each preceding month's income credited to the plaintiff's account shall be remitted by the Institution when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid.

28 U.S.C. § 1915(b)(2); LR 4.2(c)(2)(B).

The initial filing fee and the monthly payments, as outlined above, shall be forwarded to the Clerk of Court by the Institution in accordance with this Order.  A copy of this Order, along with a copy of the signed Prison Consent Form (doc. no. 3-1), shall be forwarded by the Court to the Institution's inmate account department.

SO ORDERED.

/s/ Daniel J. Lynch
Daniel J. Lynch
United States Magistrate Judge

6/14/2023

cc: Grace Woodman, pro se
    NH State Prison for Men