Woodham v Woodham 23-cv-244; Woodham v. NHDOC 21-cv-831; Woodham v. State NH 23-cv-202-SM
(95) 23-cv-245; NH DOS 20-cv-236-SM
FILED USDC-NH
US District Court - NH                                                                    (please seal)

The NH State Prison is as lawless as the courts, which effectively leaves me no recourse. I hate writing prelim. injunctions and I really hate seeing all that hard work just thrown out, but what else can I do when administrative "remedies" are insufficient? If no one will uphold my civil rights, do I even have them??

Right now I'm struggling with staff members destroying my legal paperwork, improperly restricting my access to communication devices, and inability to access my personal property.

Request for Alternative Relief: Allow some claims to go forward under the direction of my G.A.L. or another qualified party.

Perhaps I could continue to draft filings which have need for urgent adjudication, to be approved or amended by a 3rd party (hopefully typewritten so you don't have to decode my handwriting anymore) - these include:
— preventing NH agencies (Dept of Corrections + Judicial Branch) from continuing to abuse me.
— getting a restraining order on my non-hyperbolic Family from Hell
— releasing me from custody - which is exactly what it is since I'm not receiving relevant treatment

As such, I would like the court to appoint me counsel for Woodham v. Woodham 23-cv- the diversity jurisdiction case, so I can "encourage" the nice people I'm related to to stop stalking me, destroying my property, throwing out my medicine, and stealing my ID documents, kind of like an abusive boyfriend, or a shady whorehouse/sex trafficking ring. I stand to be irreparably harmed if this relief is not granted because their behavior only escalates. I'm also willing to brief this issue, but frankly the less the reader has to know about their dumb drama the happier she will be.

I'd also like appointed counsel for Woodham v. John Does (judicial branch suit): preferably someone who primarily practices out-of-state or otherwise avoids the NH state court shitfest, so they won't be tempted to put their relationships with their colleagues over some indigent pro se plaintiff's social justice warring. To repeat: I need a standing order for declaratory relief before I have any meaningful relief to my long-standing issue of Judges Kissinger, Boyle, and Greenhalgh summarily dismissing my lawsuits without reading them, and probably sucking cop dick in their chambers at least as hard as they do on the bench.

It would also be really nice, as I litigate my state habeas claims (not sure if they'll even let me honestly) if I had some kind of counterweight against the legal profession chauvenists who populate our public courts, despite their apparent lack of literacy skills.

Finally, I need to get out of here: I'm looking at (4½) years detention for charges which I'm planning to collaterally attack under a false imprisonment rubric, which is a lot, especially when I have a decent chance of proving actual innocence (no promises okay). I mean the goal of my so-called commitment is so clearly punishment + detention rather than treatment you'd think they'd just release me just to avoid the a priori due process claim. Whatever, this state is so dumb.

nota bene: per my various status updates I have been suffering from debilitating "nosocomial" (b/c this is a hospital...) depression, which they've been refusing to properly address while they keep me in high-security lockdown. You know, like Madrid v. Gomez...!! It's mostly resolved now. Again, please refer to my memoranda filed with the 1st Circuit to gauge my self-acknowledged limitations.

Motion to seal: I have numerous stalkers, not excluding Grafton Co. Atty & cham school valedictorian Martha Hornstein, who combs through my shitty handwritten motions looking for ways to retaliate against me for not doing everything she wants exactly the way she wants it. I also called her fat...
That's one stalker. There's another. He comes with a panoply of police complaints + damning admissions. I don't want to talk about it right now....

Mailed to US Court - D.NH. ___ by Grace Woodham in pro per, 8/23/23, Concord NH.

Grace Woodman
281 N State
SPU 139265
Concord NH 03302



US Dist Court - NH
55 Pleasant St
Concord NH 03301

"Mailed from the NH State Prison. Contents have not been evaluated. Not Responsible for content/substance."