Woodham v. John Doe, 21-cv-831; Woodham v. Woodham et al 23-cv-244; Woodham v. NHDS et al 20-cv-236-SM

FILED - USDC -NH
2023 AUG 30 AM 10:26

US Court - District of New Hampshire

Woodham v. State of NH (§1983) 23-cv-202-SM
23-cv-~~244~~-X
(-195)

**Objection to Stay + Imposition of Gak. cont** (to be sealed)

While recognizing that this court has limited resources which it seeks to use judiciously, I'm also likely to be irreparably harmed by further delay in litigation.

**The State Courts can't be trusted to uphold my due process rights**

I have a long parade of court opinions written by state court judges which are clearly wrong, and often plagiarized from the opposing party. I've lost hearings where the respondents clearly lied and I had documentary evidence impeaching them, and supporting my version of events. One strategy to cope with this has been to seek declaratory + injunctive relief in federal court. Because of limitations set by either caselaw or acts of Congress, I need prelim. declaratory relief before injunctive relief - a binding order - can be an option. Roth v. King, D.O.C.

The NHSP men's prison continues to violate my constitutional rights, in such a manner which is likely to continuously expand what is already an excessively burdensome volume of litigation

For example, they've blocked the office (#) of the attorney presumably assigned to serve as my Gak

While hopefully this won't require further litigation, it's putting a further check on what should really be a simple + straight forward process, since my own mental health "treatment team" avers my only dx's are not one which fulfil the state's own criteria for mental illness requiring involuntary admission. I'm even having a hard time making copies of my documentary evidence to append to this filing (they are available on Concord Circuit case In re G.W. 315-2021-JN-27 - or they should be).

**Delay of the disposition of these dockets is in violation of the ADA.**

RE: my objection to my original stay I had to take a competency "plea", detour(??) due to a long standing medical issue to which Grafton Co. was deliberately indifferent to. The County Att'y took advantage of my vulnerability to seek indefinite detention in a prison while continuing to deny me relevant services. All of this is clearly + demonstrably illegal, which should, in turn, qualify me for a ~~cert~~

**Writ of Habeas Corpus**, which is also stalled by this stay

Merrimack Superior has indicated at least a reluctant willingness to hear my state claims, although they seem to be taking their time on the administrative end of things. I got a snotty note from the clerk this week complaining that I'd not submitted my petition properly because I'd been obliged to resubmit previously-used court forms, because Merrimack Superior refused to provide me with new ones. (The prison categorically refuses to provide me with new, blank court paperwork, & so I am reliant on the help of strangers.)

The state doesn't have any cognizable basis under federal law for keeping me in custody, but here in the Republic of New Hampshire they kind of just seem to rely on their own caselaw to the exclusion of commonsense. Did you hear that the NH Supreme Court ruled that a judge was qualified to diagnose mental illness? And ignore the opinions of a licensed practitioner? Well, I suppose it was convenient.

Other than that I'm struggling with Brady issues + ineffective assistance of counsel + prejudiced judging (with a fat streak of professional chauvinism) which excludes resolution in the usual forums. oh - and vindictive prosecution- dear Martha wants to bring back my charges...

Grace Woodru
281 N State
SPU 139265
Concord NH 03302



US Dist Court - NH
55 Pleasant St
Concord NH 03301

"Mailed from the NH State Prison. Contents have not been evaluated. Not Responsible for content/substance."