UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Grace Woodham</u>

    v.                                                    Case No. 23-cv-244-JL

<u>Janet Woodham, et al.</u>

<u>ORDER</u>

After due consideration of the objection filed, I herewith approve the Endorsed Order Staying the Case of Magistrate Judge Andrea K. Johnstone dated August 4, 2023.

                                                  _____
                                                  Joseph N. Laplante
                                                  United States District Judge

Date: October 11, 2023

cc:   Grace Woodham, pro se