## Motion to Reconsider + Brief Status Update

My GAL, appointed by this court, has decided to "kick the can down the road" so to speak on making a decision re: my competency, because he thinks that an "upcoming" guardianship hearing (which hasn't been scheduled yet) will be informative to the issue, or at least more informative than my medical records, which he has refused to examine, preferring instead to get his information from parties with whom I am in adversarial litigation (and who have a vested interest in maintaining the stay).

The problem is, the guardianship hearing isn't "upcoming", largely because my lower court-appointed attorney finally withdrew from my case, but also because I've moved for a new hearing, and also an interlocutory appeal in NH S. Ct.

He's not up on this information because he's on vacation, and it's nearly impossible to communicate with him when I'm forced to pretend he's the 6th Circuit district court just to get the free atty mail I'm entitled to by law...

I just wrote my second brief to NH. S. Ct. trying to litigate the return of my car keys. I resent that I must struggle for an sorry excuse for a state court because Mr. Shklar is afraid of guessing wrong + looking foolish in front of the tribunal. I am long held in a prison for dx's of depression + PTSD (not surprisingly, due to being in prison); this is not even a close call..... Mailed 10/11/23 by Ms. Grace Woodham, in pro per. Counsel

Grace Woodham
SPU 139265
281 N State
Concord, NH, 03302



Clerk, US Dist Ct. - NH
(federal)
55 Pleasant St.
Concord NH 03301

"Mailed from the NH State Prison. Contents have not been evaluated. Not Responsible for content/substance."